UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BECKY A. VINCENT,

                    Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security

                    Defendant.

Case No. C09-5213KLS

ORDER DENYING DEFENDANT'S MOTION TO ALTER THE JUDGMENT PURSUANT TO FRCP 59

This matter comes before the Court on defendant's filing of a motion (Dkt. #16) to alter the judgment (Dkt. #14-#15) in this matter pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 59, disagreeing with the Court's stated bases for ordering that the matter be remanded for further administrative proceedings. See (Dkt. #14-#16). Specifically, defendant argues that the Court erred in finding the ALJ improperly evaluated the medical and lay witness evidence in the record, and recommends that instead it affirm the ALJ's decision.

The plain language of Fed. R. Civ. P. 59, however, makes clear that it is applicable only in those cases in which a "trial" has been held. Such is not the case here. No trial was held in this matter, but rather the issues raised and argued by the parties were resolved on briefing. As such, defendant cannot bring such a motion challenging the Court's order and judgment in this matter. In addition, even if Fed. R. Civ. P. 59 were applicable, the Court finds no grounds for altering its judgment in this matter based on its careful review of the record. Lastly, the Court finds that the arguments defendant presents in his motion are not appropriate at this stage of the

ORDER - 1

proceedings after the case has been closed, but rather, to the extent not done earlier, should have been presented during scheduled briefing.

Accordingly, defendant's motion to alter the judgment pursuant to Fed. R. Civ. P. 59(e) (Dkt. #16), hereby is DENIED. The Clerk is directed to send a copy of this order to counsel for plaintiff and counsel for defendants.

DATED this 25th day of January, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2